UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Mag. No. 22-6009 (DEA) |
| : | |
| v.  : | |
| : | DETENTION ORDER |
| TYSHAUN POPE  : | |
| : | |

    This matter having been opened to the Court on motion of the United States, by Philip R. Sellinger, United States Attorney for the District of New Jersey (Ian D. Brater, Assistant U.S. Attorney, appearing), in the presence of defendant TYSHAUN POPE (Lisa Van Hoeck, Esq., appearing), for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the defendant without bail pending trial in the above-entitled matter because the defendant poses a danger to the community and risk of flight; and the defendant having consented to detention and reserved the right to request a bail hearing at a later date; and for the reasons stated by the Court on the record; and for good cause shown:

    IT IS, therefore, on this 21st day of January, 2022,

    ORDERED that the motion of the United States for an order detaining the defendant without bail pending trial is hereby GRANTED, and the defendant is hereby ORDERED DETAINED. The defendant, by and through counsel, reserves the right to request a full hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the defendant be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge