# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   22-MJ-6009-DEA |
| | * |
| TYSHAUN POPE, | * |
| | * |
| | ***** |

## ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING

In accordance with the operative COVID-19 Standing Orders, this Court finds:

[✓]   That the Defendant (or the Juvenile) has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel; and

The proceeding(s) held on this date may be conducted by:

[✓]   Video Teleconferencing

[ ]   Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ]   The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ]   Other:

Date:  4/12/2022

_____
Honorable Douglas E. Arpert
United States Magistrate Judge