UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Magistrate No. 22-6009 (DEA) |
| : | |
| v. : | |
| : | ORDER MODIFYING CONDITIONS |
| : | OF RELEASE |
| TYSHAUN POPE : | |
| : | |

This matter having been previously brought before the Court on Defendant Tyshaun Pope's application for release; and the Court having set conditions of release on April 22, 2022, including home incarceration and 24-hour third-party custodian coverage; and the Court having requested Pretrial Services provide a status report on May 12, 2022; and Pretrial Services having advised that the defendant was in compliance with all conditions of release and recommending the condition of 24-hour third party custodian coverage be rescinded and the condition of home detention replace home incarceration; and the parties having no objection; and for good cause shown;

IT IS this __19th__ day of May 2022 ORDERED that the conditions of release are modified as follows:

1. Defendant shall remain out on an $100,00.00 appearance bond.

2. The defendant shall be released into the third-party custody of Pamela Jones and James Pope. The 24-hour third-party custodian coverage previously ordered shall be rescinded.

3. Home Detention, with electronic monitoring, with exceptions for the following: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.

4. Surrender all passports/travel documents. Do not apply for new travel documents.

5. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.

6. Substance abuse testing and/or treatment as directed by Pretrial Services.

7. Mental Health testing and/or treatment as directed by Pretrial Services.

8. Abstain from the use of alcohol.

9. Maintain current residence or a residence approved by Pretrial Services.

_____
DOUGLAS E. ARPERT
United States Magistrate Judge

2