UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Magistrate No. 22-6009 (DEA) |
| v. : | |
| : | ORDER MODIFYING CONDITIONS |
| : | OF RELEASE |
| TYSHAUN POPE : | |
| : | |

This matter having been brought before the Court on Defendant's application for an order modifying the conditions of release imposed on May 19, 2022 which included the condition Defendant be placed on home detention; and Defendant requesting instead to be placed on a curfew at the discretion of Pretrial Services; and the Government and Pretrial Services having no objection to the proposed modification; and for good cause shown;

IT IS ORDERED this  21st   day of September 2022 that the Defendant's conditions of release are modified so that the condition of home confinement is reduced to a curfew at the discretion of Pretrial Services.

IT IS FURTHER ORDERED that all other conditions of release remain in effect.

_____
Douglas E. Arpert
United States Magistrate Judge